IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00009-SKC-MEH

CHARLES FELLOWS,
JUSTIN STURTEVANT,

      Plaintiffs,

v.

FREDERICK CURRIER, et al.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 29, 2024.**

      At the CDOC Defendants' request, the Court will hold a Discovery Conference on **March 11, 2024**, at **1:15 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

      While in-person appearances are preferred, litigants and counsel whose offices are located outside of the Denver metropolitan area or who cannot reasonably make a personal appearance may appear at the Discovery Conference remotely. Please contact Chambers at (303) 844-4507 at least two business days prior to the Discovery Conference to arrange remote appearance.

      In advance of the Discovery Conference, the Parties may each prepare a short statement identifying the nature of the dispute(s) and provide the statements and any other documents/information that may assist in the resolution of the issues by email to hegarty_chambers@cod.uscourts.gov. These materials shall be submitted before **noon on March 8, 2024**.